In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-03-546 CV


____________________



GARY REED WALP, Appellant



V.



TEXAS DEPARTMENT OF CRIMINAL JUSTICE,


PARDONS AND PAROLES DIVISION,


GARY L. JOHNSON, AND BRYAN COLLIER Appellees






On Appeal from the 58th District Court


Jefferson County, Texas


Trial Cause No. A-171305






MEMORANDUM OPINION (1)


 Gary Reed Walp, appellant, filed a motion to dismiss this appeal. The Court finds
that this motion is voluntarily made by the appellant prior to any decision of this Court and
should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal.

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. 

 PER CURIAM

Opinion Delivered March 25, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.